Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 18, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 18, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00935-CV

____________

 

IN RE DONGCHU SUN, Relator

__________________________________________________

 

ORIGINAL PROCEEDING

WRIT
OF MANDAMUS

__________________________________________________

 

M E M O R A N D U M   O
P I N I O N

On September 28, 2004, relator filed a
petition for writ of mandamus in this Court. 
See Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  

Relator has not established that he is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 18, 2004.

Panel consists of
Justices Anderson, Hudson, and Frost.